[No. 20166-6-II.    Division Two.    October 3, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. SCOTT
MICHAEL HUGHES, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 95-1-00218-7, Kenneth D. Williams, J., entered December 1, 1995. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Seinfeld and Armstrong, JJ.


[No. 20459-2-II.    Division Two.    October 3, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. LAVAN
ARTHUR LUKES, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 95-1-00284-5, George L. Wood, J., entered January 25, 1996. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton, C.J., and Bridgewater, J.


[No. 20495-9-II.    Division Two.    October 3, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ALVIN C.
LOWE, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 96-8-00061-6, Leonard W. Kruse, J., entered February 26, 1996. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton, C.J., and Bridgewater, J.


[No. 20550-5-II.    Division Two.    October 3, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ARMANDO
B. MARQUINA, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 95-1-00608-9, F. Mark McCauley, J., entered March 4, 1996. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton, C.J., and Bridgewater, J.